# PAUL HASTINGS

1(212) 318-6751
jodikleinick@paulhastings.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13
```

April 4, 2013

77054.00005

**VIA FACSIMILE (212) 805-7986**

The Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Amr Mohsen v. Morgan Stanley & Co. Inc. 11 Civ 6751

Your Honor:

My firm represents Defendant Morgan Stanley in the above-captioned action. I write concerning the briefing for Morgan Stanley's motion to dismiss the action.

Plaintiff is a pro se litigant who is currently incarcerated. Pursuant to the Court's most recent scheduling order, Plaintiff served his opposition papers to Morgan Stanley's motion on March 22 and Morgan Stanley's reply papers are due on April 10, 2013.

Plaintiffs' opposition papers were 28 pages long and raised a host of discrete issues not addressed in Morgan Stanley's moving papers. We respectfully request that the Court allow Morgan Stanley to submit a reply not to exceed fifteen (15) pages to properly address all of these issues, rather than the ten (10) pages permitted under Your Honor's rules.

I am available at the Court's convenience to discuss this request.

Respectfully submitted,

*Jodi Kleinick*

Jodi A. Kleinick
of PAUL HASTINGS LLP

JAK:bf

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 9, 2013