SCANNED

Amr Mohsen, No. 92949-011
Federal Correctional Institution
Post Office Box 9000
Safford, AZ 85548-9000

Plaintiff In Pro Se.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/14

MAY 19 2014
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMR MOHSEN,

    Plaintiff,

v.

MORGAN STANLEY & CO. INC.,
and JOHN WELKER,

    Defendants.

Case No. 11-CV-06751-PGG

**MOTION FOR LEAVE TO STAY THIS ACTION UNTIL FURTHER NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/15/14

    Plaintiff Amr Mohsen, respectfully requests the Court For Leave To Stay this action, as he has just been informed that he will be transferred to another Institution of the Bureau of Prisons, whose address has not been disclosed yet. As soon as Plaintiff arrives at the new Institution and receives his legal documents, he will forward to the Court his new address to terminate the stay and reactivate this action.

    This Motion is based on this document and all pleadings and documents filed or docketed in this case.

    Respectfully submitted this 15th day of May, 2014.

_____
Amr Mohsen, Plaintiff

**MEMO ENDORSED**

The motion for a stay is denied. A motion for reconsideration is fully briefed and no other dates are on the Calendar. Plaintiff is to advise the Court and Defendants as soon as he arrives at a new institution, and if the transfer presents any issue for Plaintiff, he may seek an extension of time then. The Clerk of Court will terminate the motion (Dkt. No. 90).

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.
May 27, 2014

```
Amr Mohsen, No. 92949-011
Federal Correctional Institution
Post Office Box 9000
Safford, AZ 85548-9000
```

RECEIVED PRO SE OFFICE 2014 MAY 19 P 2:48

PHOENIX AZ 852
15 MAY 2014 PM 9 L

⇔92949-011⇔
Pro Se Office
U.S. Distict Ct. Room 230
500 Pearl ST
S. District of New York
NEW YORK, NY 10007
United States

USM P3 SDNY

10007131608